## Authorization

Date: _____

مانع احمد فهد القحطاني

My name is <u>Manea Ahmed Fahad</u>. I am acting as next friend for my <u>Son</u>, whose name is <u>Moh'd Moa'a Ahmed AL Qahtani</u> a citizen of <u>Saudi</u>, who is being held in Guantánamo Bay.

محمد مانع فهد القحطاني

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: _____


Witnessed by: <u>Nizar Moh'd Ali</u>

Print Name: _____

05 1971

**FILED**

OCT - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT