IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AL-QAHTANI, et al.,<br>*Petitioners,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents.* | Civil Action No. 05-cv-1971 (RMC) |

## CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioners move for entry of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in the *In re Guantánamo Bay Detainee Cases* by then Coordinating Judge Joyce Hens Green. *See* Exhibits 1-3. Entry of the Protective Order would afford counsel the opportunities provided counsel in certain other pending Guantánamo Bay detainee cases to send mail to petitioners by way of the legal mail procedures outlined in the Protective Order and to visit petitioners at Guantánamo Bay, upon compliance with the terms of the Protective Order.

Pursuant to Local Civil Rule 7(m), undersigned counsel for petitioners conferred with respondents' counsel regarding the relief sought in this motion. Respondents' counsel does not oppose the motion. A proposed Consent Protective Order, which all parties agree should be entered at this time, is attached as Exhibit 4. Counsel for the Respondents and Petitioners

represent, however, that their lack of objection to entry of this proposed Protective Order now is without prejudice to the parties' respective rights to challenge or seek modification of any particular terms of the Consent Protective Order in the future, or to ask this Court to review any designation made by respondents of particular information as "protected," as may be appropriate.

Dated: October 18, 2005.

        Respectfully submitted,

        Counsel for Petitioners:

        /s/ _____
        Gitanjali S. Gutierrez
        William Goodman
        Barbara Olshansky
        **CENTER FOR CONSTITUTIONAL RIGHTS**
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6485
        Fax: (212) 614-6499

        John J. Gibbons
        Lawrence S. Lustberg
        Emily B. Goldberg
        **GIBBONS, DEL DEO, DOLAN,**
        **GRIFFINGER & VECCHIONE,**
        **A Professional Corporation**
        One Riverfront Plaza
        Newark, NJ 07102-5496
        Tel: (973) 596-4731
        Fax: (973) 639-6285