IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-QAHTANI, et al.,<br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents*. | Civil Action No. 05-cv-1971 (RMC)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Lawrence S. Lustberg, Esq., attorney with the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., enters his appearance on behalf of petitioner, Mohammed al Qahtani, and hereby demands that all notices and papers served in this case be served upon the undersigned at the following address.

        GIBBONS, DEL DEO, DOLAN,
        GRIFFINGER & VECCHIONE
        A Professional Corporation
        One Riverfront Plaza
        Newark, New Jersey 07102
        (973) 596-4500 (phone)
        (973) 639-6370 (facsimile)
        Attorneys for Petitioner

Dated:   October 19, 2005        By:      /s/ Lawrence S. Lustberg
                                                          Lawrence S. Lustberg (LL1644)