IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MOHAMMED AL-QAHTANI, et al.,<br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents*. | Civil Action No. 05-cv-1971 (RMC)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Emily B. Goldberg, Esq., attorney with the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., enters her appearance on behalf of petitioner, Mohammed al Qahtani, and hereby demands that all notices and papers served in this case be served upon the undersigned at the following address.

 

                                      GIBBONS, DEL DEO, DOLAN,
                                      GRIFFINGER & VECCHIONE
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
(973) 596-4500 (phone)
(973) 639-6370 (facsimile)
Attorneys for Petitioner

Dated: October 19, 2005      By:     /s/ Emily B. Goldberg
                                                                 Emily B. Goldberg (EG8413)