IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-QAHTANI, et al.,<br>*Petitioners,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents.* | Civil Action No. 05-cv-1971 (RMC)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that pursuant to L. Cv. R. 83.2(g)[1], John J. Gibbons, Esq. and Emily B. Goldberg, Esq., attorneys with the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., enter their appearances on behalf of petitioner, Mohammed al Qahtani, and hereby demand that all notices and papers served in this case be served upon the undersigned at the following address.

**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
(973) 596-4500 (phone)
(973) 639-6370 (facsimile)
Attorneys for Petitioner

By:   /s/ John J. Gibbons
   John J. Gibbons (JG3539)

By:   /s/ Emily B. Goldberg
   Emily B. Goldberg (EG8413)

---

[1] That rule provides that "an attorney who is a member in good standing of . . . the bar of any United States Court or of the highest court of any State may appear, file papers and practice in any case handled without a fee on behalf of indigents upon filing a certificate that the attorney is providing representation without compensation." L. Cv. R. 83.2(g)

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioners certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated:     October 20, 2005

>     **GIBBONS, DEL DEO, DOLAN,
>     GRIFFINGER & VECCHIONE**
>     A Professional Corporation
>     One Riverfront Plaza
>     Newark, New Jersey 07102
>     (973) 596-4500 (phone)
>     (973) 639-6370 (facsimile)
>     Attorneys for Petitioner
>
>     By:    /s/ John J. Gibbons
>            John J. Gibbons (JG3539)
>
>     By:    /s/ Emily B. Goldberg
>            Emily B. Goldberg (EG8413)

#1024528 v3
099997-30395