UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AL-QAHTANI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-1971 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

ORDER TO SHOW CAUSE

Petitioners filed a Petition for Writ of Habeas Corpus on October 5, 2005. To date, Respondents have not responded or entered an appearance. Accordingly, it is hereby

**ORDERED** that, on or before December 27, 2005, Respondents shall **SHOW CAUSE** why the petition should not be granted and the writ issued.

**SO ORDERED**.

Date: December 7, 2005                         /s/
                                                                ROSEMARY M. COLLYER
                                                                United States District Judge