IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-QAHTANI, et al.,<br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents.* | Civil Action No. 05-cv-1971 (RMC) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Protective Order entered in this matter on October 26, 2005, Petitioners have today submitted the following documents to the Court's designated Court Security Officer:

1. Consent Motion for Extension of Time;

2. Petitioners' Memorandum in Opposition to Respondents' Motion to Stay Proceedings Pending Related Appeals and Motion to Stay Order to Show Cause Pending Resolution of Respondents' Motion to Stay Proceedings.

Dated: December 20, 2005.

                                                               Respectfully submitted,

                                                              Counsel for Petitioners:

                                                               /s/
                                                             Gitanjali S. Gutierrez
                                                             William Goodman
                                                            **CENTER FOR CONSTITUTIONAL RIGHTS**
                                                             666 Broadway, 7th Floor
                                                             New York, New York 10012
                                                             Tel: (212) 614-6485
                                                             Fax: (212) 614-6499