IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AL-QAHTANI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1971 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO SUBMIT CLASSIFIED VERSIONS OF THE FACTUAL RETURN
PERTAINING TO PETITIONER MOHAMMED AL-QAHTANI**

COME NOW Respondents, by and through their undersigned counsel, and respectfully request that the Court grant them a three-day extension of time, through and including December 30, 2005, in which to submit the classified versions of the factual return pertaining to petitioner Mohammed Al-Qahtani.  Respondents will submit the unclassified version of the factual return on December 27, 2005, as required by the Court's December 7, 2005 Order (dkt. no. 10). Counsel for petitioner and respondents have conferred, and petitioner's counsel does not oppose the relief requested herein.  As grounds for this unopposed motion, respondents state as follows:

1.      This case is a petition for a writ of habeas corpus filed on behalf of an alien detained at Guantanamo Bay as an enemy combatant, and is one of over 200 such cases brought on behalf of individuals detained at Guantanamo Bay in connection with hostilities involving al Qaeda, the Taliban, and their supporters.

2. On December 7, 2005, the Court issued an Order to Show Cause requiring respondents to "show cause why the petition should not be granted and the writ issued" on or before December 27, 2005 (dkt. no. 10).

3. On December 8, 2005, respondents filed a motion to stay proceedings in this case pending resolution of all appeals in <u>Khalid v. Bush</u>, <u>Boumediene v. Bush</u>, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), <u>appeals docketed</u>, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and <u>In re Guantanamo Detainee Cases</u>, No. 02-CV-0299, <u>et al.</u>, 355 F. Supp. 2d 443 (D.D.C. 2005), <u>appeal on petition for interlocutory appeal</u>, No. 05-5064 (D.C. Cir. Mar. 10, 2005) (dkt. no. 11). Respondents also requested that the Court stay the effect of the December 7, 2005 Order to Show Cause pending resolution of respondents' motion to stay (dkt. no. 12). Both motions are pending before the Court.

4. Respondents respectfully request that they be granted a three-day extension of time, until and including December 30, 2005, to submit the classified versions of the factual return pertaining to petitioner Al-Qahtani. As explained in respondents' motion to stay, the preparation and submission of factual returns is a labor-intensive process. Each factual return must be obtained from the Department of Defense ("DoD"), and then reviewed by agencies who provided source information to DoD to ensure that information disclosed to counsel in the returns is in accordance with all applicable statutes, regulations and Executive Orders. Certain individuals involved in this agency review process will be unable to complete their review of the factual return pertaining to petitioner Al-Qahtani by December 27, 2005. Thus, although respondents will submit the unclassified version of this factual return by December 27, 2005, respondents request a brief three-day extension in order to complete the review process for the

classified versions of the factual returns so that they may be made available to the Court[1] and cleared counsel in accordance with all applicable statutes, regulations, and Executive Orders.

WHEREFORE, for the reasons stated herein, respondents respectfully request that the Court grant them a three-day extension of time, through and including December 30, 2005, in which to submit the classified versions of the factual return pertaining to petitioner Mohammed Al-Qahtani. Respondents will submit the unclassified version of the factual return by December 27, 2005, as ordered by the Court. A proposed order is attached.

Dated: December 22, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

---

[1] Respondents request an extension to submit the *in camera* version of the factual return because the highlighting contained therein will be based, in part, on the version of the factual return made available to counsel in the secure facility.

        20 Massachusetts Ave., N.W.  Room 7144
        Washington, DC  20530
        Tel:  (202) 514-4107
        Fax:  (202) 616-8470

        Attorneys for Respondents