IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-QAHTANI, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1971 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**(PROPOSED) ORDER**

Having considered Respondents' Unopposed Motion for an Extension of Time to Submit Classified Versions of the Factual Return Pertaining to Petitioner Mohammed Al-Qahtani, it is hereby

ORDERED that Respondents' Motion is GRANTED. Respondents shall submit the classified versions of the factual return pertaining to petitioner Mohammed Al-Qahtani on or before December 30, 2005. Respondents shall submit the unclassified version of the factual return by December 27, 2005.

Dated: _____     _____
ROSEMARY M. COLLYER
United States District Judge