*PREVIOUSLY FILED WITH CSO*
*AND CLEARED FOR PUBLIC FILING*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOHAMMED AL-QAHTANI, et al.,**  *Petitioners*,  v.  **GEORGE W. BUSH, et al.,**  *Respondents*. | Civil Action No. 05-cv-1971 (RMC) |

**CONSENT MOTION FOR EXTENSION OF TIME:
PETITIONERS' MEMORANDUM IN OPPOSITION TO RESPONDENTS' MOTION TO STAY PROCEEDINGS PENDING RELATED APPEALS AND MOTION TO STAY ORDER TO SHOW CAUSE PENDING RESOLUTION OF RESPONDENTS' MOTION TO STAY PROCEEDINGS**

Petitioners respectfully request that this Court grant Petitioners a one-day extension to file a Memorandum in Opposition to Respondents' Motion to Stay Proceedings Pending Related Appeals and Motion to Stay Order to Show Cause Pending Resolution of Respondents' Motion to Stay Proceedings ("Opposition").

1. After completing the Opposition in their office after regular business hours, Petitioners' counsel realized that prior approval from the Department of Justice Court Security Office ("CSO") was necessary for direct Electronic Case Filing pursuant to the Protective Order entered in this matter and counsel had not conferred with the CSO.

2. Petitioners' counsel attempted unsuccessfully to reach the CSO on December 19, 2005.

3. After conferral on December 19, 2005, Counsel for Respondents consented to a one-day extension to allow Petitioners to consult with the CSO about the appropriate filing procedures for the Opposition.

4. Petitioners' counsel discussed the appropriate procedures with the CSO today and submitted the Opposition to the CSO for filing with this Court on December 20, 2005.

WHEREFORE, Petitioners respectfully request that this Court grant Petitioners a one-day extension to file their Opposition.

Dated: December 20, 2005.

    Respectfully submitted,

    Counsel for Petitioners:

    \_\_/s/_____
    Gitanjali S. Gutierrez
    William Goodman
    **CENTER FOR CONSTITUTIONAL RIGHTS**
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel: (212) 614-6485
    Fax: (212) 614-6499