IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AL-QAHTANI, et al.,<br>  *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>  *Respondents*. | Civil Action No. 05-cv-1971 (RMC) |

**PROPOSED ORDER GRANTING PETITIONERS' CONSENT MOTION FOR EXTENSION OF TIME**

Having considered Petitioners' Motion for Extension of Time: Memorandum in Opposition to Respondents' Motion to Stay Proceedings Pending Related Appeals and Motion to Stay Order to Show Cause Pending Resolution of Respondents' Motion to Stay Proceedings, it is hereby

ORDERED that Petitioners' Motion is GRANTED.  Petitioners shall file their Opposition by December 20, 2005.


Dated:_____                    _____
                                          ROSEMARY M. COLLYER
                                          United States District Judge