IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Al Qahtani v. Bush | ) | Case No. 05-cv-1971 (RMC) |
| Othman v. Bush | ) | Case No. 05-cv-2088 (RWR) |
| Al Halmandy v. Bush | ) | Case No. 05-cv-2385 (RMU) |
| Mohammon v. Bush | ) | Case No. 05-cv-2386 (RBW) |
| Nassem v. Bush | ) | Case No. 06-cv-1677 (RCL) |
| Khan v. Bush | ) | Case No. 06-cv-1678 (RCL) |
| Taher v. Bush | ) | Case No. 06-cv-1684 (GK) |
| Khan v. Bush | ) | Case No. 06-cv-1690 (RBW) |
| Lal v. Bush | ) | Case No. 06-cv-1763 (CKK) |

_____

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of all Petitioners in the above-captioned cases.

_____/s/_____
Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
Ph: (212) 614-6438
Fax: (212) 614-6499

**Certificate of Service**

       I, Shayana Kadidal, certify that on this date, I caused the foregoing Notice of Appearance to be filed electronically on the Court's ECF system. Parties may access this filing through the Court's CM/ECF System.

Dated: May 3, 2007

                                        /s/
                              Shayana Kadidal [D.C. Bar No. 454248]
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, NY  10012-2317
                              Ph: (212) 614-6438
                              Fax: (212) 614-6499