# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Qayed v. Bush | ) | Case No. 05-cv-454 (RMU) |
| Al Qahtani v. Bush | ) | Case No. 05-cv-1971 (RMC) |
| Alkhemisi v. Bush | ) | Case No. 05-cv-1983 (RMU) |
| Othman v. Bush | ) | Case No. 05-cv-2088 (RWR) |
| Mohammon v. Bush | ) | Case No. 05-cv-2386 (RBW) |
| Lal v. Bush | ) | Case No. 06-cv-1763 (CKK) |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT Petitioners have on this date submitted to the Court Security Office for service and filing in each of the above-captioned actions an Opposition to Respondents' Motion to Dismiss, Motion for a Stay-and-Abey Order, and Notice of Intent to File Petition(s) under the Detainee Treatment Act.

Dated:   New York, New York
         May 3, 2007

                                        Respectfully submitted,

                                         /s/
                                        Shayana Kadidal [D.C. Bar No. 454248]
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, NY 10012
                                        Tel: (212) 614-6438
                                        Fax: (212) 614-6499

                                        *Counsel for Petitioners*

KL3 2562974.1