Cleared for Public Filing by the CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL QAHTANI *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH *et al.*, <br><br> Respondents. | No. 1:05 CV 1971 (RMC) |

## MOTION TO REOPEN CASE

In light of the decision of the Supreme Court in *Boumediene v. Bush*, 553 U.S. ___ (June 12, 2008), Petitioners hereby move to reopen the above-captioned case. Pursuant to Local Civil Rule 7(m), the undersigned counsel for petitioners conferred with Respondents' counsel regarding the relief sought in this motion. Respondents' counsel consent to this motion.

Dated: New York, New York
       July 16, 2008

                Respectfully submitted,

                Counsel for Petitioner:

                /s/ Gitanjali S. Gutierrez
                Gitanjali S. Gutierrez
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway, 7th Floor
                New York, New York 10012
                Tel: (212) 614-6485
                Fax: (212) 614-6499