IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL-QAHTANI,

Petitioner,

v.

BARACK H. OBAMA, et al.,

Respondents.

Case No. 05-CV-1971 (RMC)

[PROPOSED] ORDER

For good cause shown, it is hereby

ORDERED that Petitioner's sealed motion for leave to file *ex parte* status report under seal of March 30, 2011 [Dkt. #241] is GRANTED; and it is

FURTHER ORDERED that Petitioner's motion for stay, contained within the sealed status report, is GRANTED.

Wherefore, this matter is STAYED for a period of 90 days. Petitioner shall file a status report no later than June 28, 2011. A status conference will be set in approximately 60 days.

SO ORDERED.

Dated: 1 April 2011

Rosemary M Collyer
HON. ROSEMARY M. COLLYER
United States District Judge