IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-QAHTANI,<br><br>*Petitioner,*<br><br>v.<br><br>BARACK H. OBAMA, *et al.,*<br><br>*Respondents.* | Case No. 05-CV-1971 (RMC) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that today I filed *ex parte* under seal a *Motion for Leave to file Status Report* Ex Parte *Under Seal* together with its proposed *ex parte* sealed *Status Report*, in response to this Court's Minute Order of December 3, 2012, by causing paper copies to be sent by courier in a sealed envelope for delivery today to the Clerk of Court pursuant to Local Civil Rule 5.1(j).

Dated: April 19, 2013

Respectfully submitted,

/s/
Shayana Kadidal (D.C. Bar No. 454248)
UNIVERSITY OF MICHIGAN LAW SCHOOL[1]
[until May 6, 2013]
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
kadidal@ccrjustice.org
Tel: (212) 614-6438
Fax: (212) 614-6499

---

[1] Institutional affiliation for identification purposes only.