# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL-QAHTANI,

    *Petitioner,*

    v.

BARACK H. OBAMA, *et al.,*

    *Respondents.*

Case No. 05-CV-1971 (RMC)

## NOTICE OF FILING

Please take notice that on this date Petitioner caused to be filed *ex parte* a Status Report.

The Status Report was filed *ex parte* under seal pursuant to 18 U.S.C. § 3006a(e)(1) and this Court's Minute Order of 11/13/2014.

Date:   March 31, 2015

Respectfully submitted,

_____/s/_____

| | |
|---|---|
| Ramzi Kassem (pursuant to LCvR 83.2(g)) | Shayana Kadidal (D.C. Bar No. 454248) |
| Attorney at Law | J. Wells Dixon (pursuant to LCvR 83.2(g)) |
| New York, NY | CENTER FOR CONSTITUTIONAL RIGHTS |
| (718) 340-4558 | 666 Broadway, 7th Floor |
| | New York, New York 10012 |
| Lawrence S. Lustberg | kadidal@ccrjustice.org |
| (pursuant to LCvR 83.2(g)) | Tel: (646) 498-8498 (*until May 5, 2015*) |
| Joseph A. Pace | Fax: (212) 614-6499 |
| (pursuant to LCvR 83.2(g)) | |
| GIBBONS P.C. | Sandra Babcock (pursuant to LCvR 83.2(g)) |
| One Gateway Center | International Human Rights Clinic |
| Newark, New Jersey 07102-5310 | Cornell University School of Law |
| LLustberg@gibbonslaw.com | 158A Myron Taylor Hall |
| tel. (973) 596-4731 | Ithaca, NY 14853 |
| fax (973) 639-6285 | slb348@cornell.edu |
| | Tel: (607) 255-5278 |
| | Fax: (607) 255-7193 |

*Counsel for Petitioner*