IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL-QAHTANI,

*Petitioner,*

v.

BARACK H. OBAMA, *et al.,*

*Respondents.*

Case No. 05-CV-1971 (RMC)

## NOTICE OF FILING

Please take notice that on this date Petitioner caused to be filed *ex parte* a *Motion for Leave to File Status Report* Ex Parte, together with an *ex parte Status Report*. The Status Report and Motion for Leave were filed *ex parte* under seal pursuant to 18 U.S.C. § 3006a(e)(1).

Date:   October 2, 2015

Respectfully submitted,

_____/s/*Shayana Kadidal*_____
Shayana Kadidal (D.C. Bar No. 454248)
J. Wells Dixon (pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
kadidal@ccrjustice.org
Tel: (212) 614-6438
Fax: (212) 614-6499

Lawrence S. Lustberg
(pursuant to LCvR 83.2(g))
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
LLustberg@gibbonslaw.com
tel. (973) 596-4731
fax (973) 639-6285

Ramzi Kassem (pursuant to LCvR 83.2(g))
Attorney at Law
New York, NY
(718) 340-4558

Sandra Babcock (pursuant to LCvR 83.2(g))
International Human Rights Clinic
Cornell University School of Law
158A Myron Taylor Hall
Ithaca, NY 14853
slb348@cornell.edu
Tel: (607) 255-5278
Fax: (607) 255-7193

*Counsel for Petitioner*