# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-QAHTANI, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-1971 (RMC) |
| DONALD J. TRUMP, *et al.*, | ) |
| Respondents. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Petitioner Mohammed al-Qahtani's Motion to Compel Examination by a Mixed Medical Commission, Dkt. 369, is **GRANTED**.


Date: March 6, 2020

ROSEMARY M. COLLYER
United States District Judge