# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AL-QAHTANI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-1971 (RMC) |
| DONALD J. TRUMP, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that all Respondents in the above-captioned matter hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's March 6, 2020 Order and Memorandum Opinion (ECF Nos. 386, 387).

Dated: May 5, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

TERRY M. HENRY
Assistant Branch Director

*/s/ Kathryn C. Davis*
ANDREW I. WARDEN (IN Bar #23840-49)
DANIEL M. BARISH (DC Bar No. 448263)
KATHRYN C. DAVIS (DC Bar No. 985055)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8298
E-mail: Kathryn.C.Davis@usdoj.gov

*Counsel for Respondents*