IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-QAHTANI,<br><br>*Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Respondents*. | Case No. 05-CV-1971 (ESH) |

**PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR CLARIFICATION AND STAY**

Petitioner Mohammed al-Qahtani respectfully requests an extension of time of ten days to submit his Response to Respondents' Motion for Clarification and Stay, up to and including May 29, 2020. Pursuant to Local Civil Rule 7(m), Petitioner's counsel has conferred with Respondents' counsel, who indicated that Respondents do not oppose the relief sought herein.

Mr. al-Qahtani's Motion to Compel Examination by a Mixed Medical Commission was filed publicly and docketed on August 8, 2017. ECF No. 369. After briefing and oral argument, the Court granted Petitioner's motion on March 6, 2020. ECF No. 387. Respondents then filed a Notice of Appeal on May 5, 2020. ECF No. 388. On that same date, Respondents filed their Motion for Clarification and Stay Pending Appeal of the Court's March 6, 2020 Order under seal. ECF No. 389. Per Local Civil Rule 7(b), Petitioner's Response is due on May 19, 2020.

The circumstances caused by the COVID-19 pandemic pose significant challenges to the preparation of a response. Undersigned counsel cannot access case-

related materials at their respective offices in New York City, the epicenter of the pandemic in the United States. Further, the shelter-in-place orders still in effect in New York City complicate the coordination and collaboration process both within and across the organizations that represent Mr. al-Qahtani in these proceedings.

In light of the difficulties and disruptions caused by the COVID-19 pandemic, Petitioner respectfully requests an extension of time of ten days to submit his Response, up to and including May 29, 2020. This is Petitioner's first request for an extension of time with respect to this filing.

Dated:         May 15, 2020

                                                                Respectfully submitted,

                                                                _____/s/_____
                                                                Ramzi Kassem
                                                                (pursuant to LCvR 83.2(g))
                                                                **Main Street Legal Services, Inc.**
                                                                City University of New York
                                                                    School of Law
                                                                2 Court Square
                                                                Long Island City, NY 11101
                                                                (t) (718) 340-4558
                                                                (f) (718) 340-4478
                                                                (e) ramzi.kassem@law.cuny.edu

                                                                Shayana Kadidal
                                                                (D.C. Bar No. 454248)
                                                                **Center for Constitutional Rights**
                                                                666 Broadway, 7th Floor
                                                                New York, NY 10012
                                                                (t) (212) 614-6438
                                                                (f) (212) 614-6499
                                                                (e) kadidal@ccrjustice.org