# United States Court of Appeals
### For The District of Columbia Circuit

**No. 20-5130**  September Term, 2020

1:05-cv-01971-ESH

Filed On: November 23, 2020 [1872860]

Mohammed Al Qahtani, Detainee, Guantanamo Bay Naval Station and Manea Ahmed Al Qahtani, as next friend of Mohammed Al-Qahtani,

      Appellees

  v.

Donald J. Trump, President of the United States, et al.,

      Appellants

## M A N D A T E

In accordance with the order of September 29, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed September 29, 2020