# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AL-QAHTANI,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>JOSEPH R. BIDEN JR. et al.,  )<br>)<br>Respondents.  ) | Civil Action No. 05-1971 (**PLF**) |

## ORDER

Upon review of Respondents' Unopposed Motion for Second Extension of Time to File the Reply in Support of their Motion for Reconsideration (Dkt. No. 407), it is hereby ORDERED that the instant motion for an extension is granted; and it is further ORDERED that:

Respondents shall file the reply in support of their Motion for Reconsideration on or before April 23, 2021.

So ORDERED this 25th day of March, 2021.

_____
PAUL L. FRIEDMAN
United States District Judge