**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MOHAMMED AL-QAHTANI,<br><br>*Petitioner*,<br><br>v.<br><br>JOSEPH R. BIDEN JR., et al.,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1971 (**PLF**)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF TRANSFER**

Respondents hereby notify the Court that the United States has relinquished custody of Petitioner Mohammed al-Qahtani (ISN 63) and transferred him to the custody and control of the Kingdom of Saudi Arabia.

Dated:  March 8, 2022

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

ALEXANDER K. HAAS
*Branch Director*

TERRY M. HENRY
*Assistant Branch Director*

*/s/ Indraneel Sur*
ANDREW I. WARDEN (IN Bar No. 23840-49)
DANIEL M. BARISH (DC Bar No. 448263)
INDRANEEL SUR (DC Bar No. 978017)
*Trial Attorneys*
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 616-8488
E-mail: Indraneel.Sur@usdoj.gov

*Counsel for Respondents*