IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AL-QAHTANI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN JR., et al., )<br>)<br>Respondents. ) | Civil Action No. 05-1971 (**PLF**) |

**JOINT STATUS REPORT**

Petitioner and Respondents, by counsel and under the Court's Minute Order of March 11, 2022, respectfully submit this Joint Status Report:

The parties have met and conferred, and report that they require additional time to confer regarding terms of a possible stipulation of dismissal in this action, which they would file on or before March 25, 2022.

| | |
|---|---|
| Dated: March 18, 2022 | Respectfully submitted, |

*/s/ Ramzi Kassem*
Ramzi Kassem
*Supervising Attorney*
Main Street Legal Services, Inc.
City University of New York School of Law
2 Court Square
Long Island City, NY 11101
(t) (718) 340-4558
(f) (718) 340-4478
(e) ramzi.kassem@law.cuny.edu

Shayana Kadidal
(D.C. Bar No. 454248)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(t) (212) 614-6438
(f) (212) 614-6499
(e) kadidal@ccrjustice.org

*Counsel for Petitioner*

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

ALEXANDER K. HAAS
*Branch Director*

TERRY M. HENRY
*Assistant Branch Director*

*/s/ Indraneel Sur*
ANDREW I. WARDEN (IN Bar No. 23840-49)
DANIEL M. BARISH (DC Bar No. 448263)
INDRANEEL SUR (DC Bar No. 978017)
*Trial Attorneys*
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 616-8488
E-mail: Indraneel.Sur@usdoj.gov

*Counsel for Respondents*