IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-QAHTANI,<br><br>   *Petitioner*,<br><br>   v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>   *Respondents*. | Case No. 05-CV-1971 (PLF) |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT, on March 25, 2022, Petitioner Mohammed al-Qahtani filed and served Petitioner's Status Report in the above-captioned action. The filing, totaling 7 pages, contains presumptively protected information and was therefore filed under seal, in keeping with Local Civil Rule 5.1(h) and the relevant provisions of the Protective Order governing this case, ECF No. 62 at ¶¶ 49(a)-(b), authorizing both parties to file protected information under seal without a motion to seal.

Dated:	March 25, 2022

                                                                 Respectfully submitted,

                                                                 ____/s/_____
                                                                 Ramzi Kassem
                                                                 **Main Street Legal Services, Inc.**
                                                                 City University of New York
                                                                 School of Law
                                                                 2 Court Square West
                                                                 Long Island City, NY 11101
                                                                 (718) 340-4558

                                                                 *Counsel for Petitioner*